```
         FILED      LODGED
         RECEIVED   COPY

         MAY 0 3 2007

         CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
         BY                DEPUTY
```

**SEALED**

1  DANIEL G. KNAUSS
   United States Attorney
2  District of Arizona

3  ROBERT LONG
   Assistant U.S. Attorney
   Two Renaissance Square
4  40 North Central Avenue, Suite 1200
   Phoenix, Arizona 85004-4408
5  Arizona State Bar No. 019180
   Robert.Long@usdoj.gov
   Telephone (602) 514-7500

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America | CR07- 544 PHX-ROS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO SEAL CASE** |
| 1) Lutrell Maurice Sharpe<br>aka Maurice Steward<br>aka Maurice Anthony Steward<br>aka LT<br>dba Arizona Urban Enterprises<br>dba MD2 Capital Investments<br>dba Presidential Investment Group<br>dba Tristate Development Group LLC<br>Counts (1-34) | (Filed Under Seal) |
| 2) Micah Lynn Bowens<br>aka Martell Johnson<br>aka Micah Lyndell Bowens<br>aka Lyndell Bowens<br>aka Martell L. Johnson<br>dba Raven Capital<br>dba Arizona Urban Enterprises<br>dba MD2 Capital Investments<br>dba Presidential Investment Group<br>Counts (1-29, 35-38) | |
| 3) Jennifer Sue Sellers<br>dba Transtar Realty LLC<br>dba Sellers Investments LLC<br>dba Tristate Development Group LLC<br>Counts (1-29) | |
| 4) Marcus Vyncyn Dozzell<br>aka Kali Dozzell<br>dba MD2 Capital Investments<br>Counts (1-23) | |
| 5) Charles William Dozzell<br>dba MD2 Capital Investments | |

6)  Angila Lishen Romious
    dba Arizona Urban Enterprises
    dba MD2 Capital Investments
    Counts   (1-29)

7)  Alonzo Love
    dba MD2 Capital Investments
    Counts (1-29)

8)  Gina Maria Greco
    dba Presidential Investment Group
    Counts (1-23)

9)  Breanna Carmela Davis
    dba MD2 Capital Investments
    Counts (1-23)

10) Autumn-Leigh Mercedes Bruce
    dba MD2 Capital Investments
    Counts (1, 6-9, 13-16, 21-23)

11) Misti Theresa Lenoir-Stewart
    dba MD2 Capital Investments
    Counts (1, 6-9,15,16, 22, 23)

12) Kristy Lynn Murdock
    dba Presidential Investment Group
    Counts   (1-23)

                    Defendants.

The United States of America, by and through counsel undersigned, moves this Court, pursuant to Fed. R. Crim. P. 6(e)(4), for an Order sealing this case on the grounds that disclosure would not be in the best interest of justice. Said case is to be sealed until further order of the court.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion and order based thereon.

Respectfully submitted this 3rd day of May, 2007.

DANIEL G. KNAUSS
United States Attorney
District of Arizona

ROBERT LONG
Assistant U.S. Attorney